No. 933. Fred Browne *v.* Charles B. Thorn et al., Partners, etc. Error to the Circuit Court of Appeals for the Eighth Circuit. June 6, 1921. Petition for a writ of certiorari herein granted. *Mr. James B. McDonough* for plaintiff in error, in support of the petition. No appearance for defendants in error.

PETITIONS FOR WRITS OF CERTIORARI DENIED, FROM MARCH 29, 1921, TO AND INCLUDING JUNE 6, 1921.

No. 760. William D. Haywood et al. *v.* United States. April 11, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Otto Christensen* for petitioners. *Mr. Assistant Attorney General Stewart* and *Mr. W. C. Herron* for the United States.

No. 752. J. B. Flowers et al. *v.* United States. April 11, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. F. Weeks* and *Mr. C. C. McDonald* for petitioners. No brief filed for the United States.

No. 763. Ellsworth H. Green et al. *v.* United States. April 11, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Samuel Herrick, Mr. Ed. S. Vaught* and *Mr. John B. Dudley* for petitioners. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.